IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALFREDO VEGA,

                Plaintiff,

v.                                               ORDER

LIEUTENANT ANDERSON and                 18-cv-678-jdp
LINDA ALSUM-O'DONOVAN,

                Defendants.

---

Plaintiff Alfredo Vega, appearing pro se, is an inmate at Green Bay Correctional Institution. Vega alleges that prison officials destroyed his property after he set a fire in his cell. Vega has filed a document he calls a "request for a court order," Dkt. 18, in which he states that defendants have not turned over the fire department incident report and pictures of his cell following the fire. He asks this court to order the Portage fire department to give him those materials.

I will deny this motion because Vega does not show that he followed the Federal Rules of Civil Procedure or the court's procedures in seeking this information. He seems to be asking the fire department to turn over materials that defendants withheld from him. But defendants and the fire department are different entities, so defendants' refusal is not a reason for the court to order the fire department to disclose information. Vega remains free to file a motion to compel defendants to produce the information they have about the fire. Or he can subpoena the fire department as provided in Federal Rule of Civil Procedure 45. I will construe Vega's motion as including a request for a subpoena form, and I will direct the clerk of court to send Vega a blank subpoena form for the production of documents.

ORDER

IT IS ORDERED that:

1. Plaintiff Alfredo Vega's motion for a court order directing the production of documents, Dkt. 18, is DENIED.

2. The clerk of court is directed to send plaintiff a blank subpoena form for the production of documents.

Entered April 8, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge