IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALFREDO VEGA,

    Plaintiff,

  v.

                                                Case No.  18-cv-678-jdp

LIEUTENANT ANDERSON
ANDLINDA ALSUM-O'DONOVAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/24/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |